UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

Keith Williams

**Debtor**

Case No. 22-52424
Chapter 7

STATEMENT REGARDING PAYMENT ADVICES (11 U.S.C. §521(a)(1))

I, the undersigned debtor, hereby certify that during the 60 day period preceding the filing of my bankruptcy petition in this case, I did not receive pay stubs from an employer because:

[X] I am unemployed; or

[ ] I am self-employed; or

[ ] My employer did not provide pay stubs.

[ ] Other

Dated: 03-28-22

_____
Debtor